## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GONZALEZ-ROJAS,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON,<br><br>    Respondent | Case No.: 2:21-cv-01652-APG-DJA<br><br>**Order** |

Before the court is respondents' unopposed motion for extension of time to file a response to Carlos Gonzalez-Rojas' 28 U.S.C. § 2254 habeas corpus petition. Good cause appearing,

I ORDER that respondents' first motion for extension of time to respond to the petition (ECF No. 5) is **GRANTED** *nunc pro tunc*.

I FURTHER ORDER that respondents' second motion for extension of time to respond to the petition (ECF No. 6) is **GRANTED**. **The deadline to respond to the petition for writ of habeas corpus is extended to April 26, 2022**.

Dated: April 4, 2022

_____
U.S. District Judge Andrew P. Gordon