# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GONZALEZ-ROJAS,<br><br>　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON,<br><br>　　　Respondent | Case No.: 2:21-cv-01652-APG-DJA<br><br>**Order** |

Before the court is respondents' unopposed motion for extension of time to file a response to Carlos Gonzalez-Rojas' 28 U.S.C. § 2254 habeas corpus petition. Good cause appearing,

I ORDER that respondents' third motion for extension of time to respond to the petition (ECF No. 10) is **GRANTED. The deadline to respond to the petition for writ of habeas corpus is extended to June 10, 2022.**

Dated: April 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon