# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GONZALEZ-ROJAS,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON,<br><br>    Respondent | Case No.: 2:21-cv-01652-APG-DJA<br><br>**Order** |

Respondents seek an extension of time to file a response to Carlos Gonzalez-Rojas' 28 U.S.C. § 2254 habeas corpus petition, due in part to COVID illness and quarantine. Good cause appearing,

I ORDER that respondents' fourth motion for extension of time to respond to the petition (ECF No. 12) is **GRANTED. The deadline to respond to the petition for writ of habeas corpus is extended to July 25, 2022.**

Dated: June 8, 2022

_____
U.S. District Judge Andrew P. Gordon