# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS GONZALEZ-ROJAS,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON,<br><br>    Respondent | Case No.: 2:21-cv-01652-APG-DJA<br><br>**Order** |

Respondents seek a brief extension of time to file a response to Carlos Gonzalez-Rojas' 28 U.S.C. § 2254 habeas corpus petition. Good cause appearing,

I ORDER that respondents' fifth motion for extension of time to respond to the petition (ECF No. 14) is **GRANTED**. **The deadline to respond to the petition for writ of habeas corpus is extended to August 1, 2022.**

Dated: July 27, 2022

_____
U.S. District Judge Andrew P. Gordon